# EXHIBIT 3

| Allegiant Travel Company - Loss Chart | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period: June 8, 2015 and April 13, 2018 | | | | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
| Charles Brendon | 8/17/2015 | 405 | ($220.00) | ($89,100.00) | 1/4/2016 | 405 | $155.85 | $63,119.25 | | | ($25,980.75) |