Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and [Proposed]
Lead Counsel for Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | No. 2:18-cv-03417-JFW-AS<br><br>**NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. NO. 12**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. John F. Walter<br>Hearing Date: July 23, 2018<br>Time: 1:30 p.m.<br>CTRM: 7A – First Street Courthouse |

1

NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON,
DKT. NO. 12 – No. 2:18-cv-03417-JFW-AS

1  Lead Plaintiff Movant Charles Brendon ("Movant") respectfully submits
2  this Notice of Non-Opposition to His Motion for Appointment as Lead Plaintiff
3  and Approval of His Selection of The Rosen Law Firm, P.A. as Lead Counsel (the
4  "Lead Plaintiff Motion"). *See* Dkt. No. 12.

5  The deadline for class members seeking appointment as lead plaintiff in the
6  above-captioned action was June 25, 2018. On that day, Movant was the only
7  person or entity to file a lead plaintiff motion. *See* Dkt. No. 12. Pursuant to Local
8  Civil Rule 7-9, any opposition to that motion was due on July 2, 2018. To date,
9  no opposition has been filed. Thus, the Court should grant Movant's Lead
10 Plaintiff Motion because it is unopposed.

Dated:   July 17, 2018                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and [Proposed]
Lead Counsel for Class

2

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 17, 2018, I electronically filed the following **NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. No. 12** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 17, 2018.

/s/ Laurence Rosen
Laurence M. Rosen