Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and [Proposed]
Lead Counsel for Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>    Defendants. | No. 2:18-cv-03417-JFW-AS<br><br>**NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. NO. 12**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. John F. Walter<br>Hearing Date: July 23, 2018<br>Time: 1:30 p.m.<br>CTRM: 7A – First Street Courthouse |

1

NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED LEAD PLAINTIFF
MOTION OF CHARLES BRENDON, DKT. NO. 12 – No. 2:18-cv-03417-JFW-AS

Pursuant to Local Civil Rule 7-15, movant Charles Brendon ("Movant") hereby advises the Court that he waives oral argument on his Motion for Appointment as Lead Plaintiff and Approval of His Selection of The Rosen Law Firm, P.A. as Lead Counsel (the "Lead Plaintiff Motion"), noticed for hearing on July 23, 2018 at 1:30 p.m. *See* Dkt. No. 12.

On July 17, 2018, Movant filed a Notice of Non-Opposition to his Lead Plaintiff Motion. *See* Dkt. No. 19. Given that Movant's Lead Plaintiff Motion is unopposed, the Court should decide the pending motion solely on the papers and without a hearing.

Dated:   July 17, 2018                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and [Proposed]
Lead Counsel for Class

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 17, 2018, I electronically filed the following **NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. NO. 12** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 17, 2018.

                                            /s/ Laurence Rosen
                                            Laurence M. Rosen

3

NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED LEAD PLAINTIFF MOTION OF CHARLES BRENDON, DKT. NO. 12 – No. 2:18-cv-03417-JFW-AS