Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs and [Proposed]
Lead Counsel for Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | No. 2:18-cv-03417-JFW-AS<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. John F. Walter |

1
DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING – No. 2:18-cv-03417-JFW-AS

I Laurence M. Rosen, declare:

1. I am the managing attorney at The Rosen Law Firm, P.A., counsel of record for Plaintiff Daniel Checkman and Movant Charles Brendon. I am licensed to practice in the State of California and before this Court.

2. In accordance with Paragraph 3(a) of the Court's Standing Order, Dkt. No. 9, I hereby notify the Court that I am registered as an "ECF User" in the Central District of California and have consented to service and receipt of filed documents by electronic means.

3. My email address of record is lrosen@rosenlegal.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 17th day of July, 2018, at Los Angeles, California.

/s/ Laurence M. Rosen
Laurence M. Rosen

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 17, 2018, I electronically filed the following **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on July 17, 2018.

/s/ Laurence Rosen
Laurence M. Rosen