Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

Daniel J. Tyukody, Esq. (SBN 123323)
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>Defendants. | Case No: 2:18-cv-03417-JFW-AS<br><br>**JOINT STIPULATION SETTING SCHEDULE FOR FILING OF AMENDED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS; DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF GOOD CAUSE THEREOF** |

WHEREAS, on April 24, 2018, Plaintiff Daniel Checkman ("Plaintiff") filed a complaint against Allegiant Travel Company, Maurice J. Gallagher, Jr., and Scott Sheldon ("Defendants" and with Plaintiff, the "Parties") in the above-captioned case alleging violations of the Securities Exchange Act of 1934 (the "Initial Complaint");

WHEREAS, on May 23, 2018, prior to the appointment of a lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the Court denied a Stipulation and Proposed Order Extending Time to Respond to the Complaint;

WHEREAS, on July 3, 2018, counsel for Defendants executed waivers of service of process on behalf of the Defendants. The deadline for Defendants to respond to the Initial Complaint is August 20, 2018;

WHEREAS, by Order entered July 17, 2018, the Court appointed Charles Brendon as Lead Plaintiff and approved his selection of The Rosen Law Firm, P.A. as Lead Counsel (Dkt. No. 21);

WHEREAS, the Parties believe that the attached Declaration of Laurence M. Rosen, Lead Counsel in this Action, supports the proposition that "good cause" exists to set the schedule provided below for the filing of an Amended Class Action Complaint (the "Amended Complaint") and briefing deadlines on Defendants' anticipated Motion to Dismiss because, as detailed further therein, the schedule would promote the interests of justice and efficiency, and conserve the resources of both Parties and the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by counsel for the Parties listed below, that:

1. Defendants need not respond to the Initial Complaint. The August 20, 2018 deadline to respond to the Initial Complaint is vacated;

2. Lead Plaintiff shall file and serve an Amended Complaint by September 14, 2018;

3. The time for Defendants to answer, move or otherwise plead in response to the Amended Complaint is hereby extended to sixty (60) days following service of the Amended Complaint by the Lead Plaintiff (November 13, 2018);

4. Should any Defendant move to dismiss the Amended Complaint, Lead Plaintiff shall have forty-five (45) days to file an opposition to any motion to dismiss (December 28, 2018), and Defendants shall have thirty (30) days to file any reply (January 28, 2019);

5. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Initial Complaint already filed in this action.

Dated: August 15, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

Dated: August 15, 2018

**GREENBERG TRAURIG LLP**

By: /s/Daniel J. Tyukody
Daniel J. Tyukody
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Email: tyukodyd@gtlaw.com

*Counsel for Defendants*

## DECLARATION OF LAURENCE M. ROSEN

I, Laurence M. Rosen, declare as follows:

1. I am the managing attorney of The Rosen Law Firm, P.A., Court-appointed Lead Counsel in this Action for Lead Plaintiff Charles Brendon.

2. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

3. Considering the anticipated complexities involved in this securities class action, the Parties agreed that they would, subject to the Court's approval, adhere to the following schedule:

   a. Lead Plaintiff shall have until September 14, 2018 to file an Amended Complaint.
   b. Defendants would then have sixty (60) days to serve an answer, motion or other appropriate response to the Amended Complaint.
   c. If Defendants file a motion to dismiss, the Parties agree that Lead Plaintiff would then have forty-five (45) days to file an opposition, and Defendants would have thirty (30) days to file a reply.

4. Good cause exists for extending Lead Plaintiff's time to file an Amended Complaint and approving the briefing schedule on Defendants' anticipated Motion to Dismiss:

   a. Party and judicial resources will be conserved if the enclosed Joint Stipulation is granted. The progress of this case will not materially advance if the schedule is not approved. Defendants' responses to the Initial Complaint are due on August 20, 2018. Defendants have expressed an intention to file a motion to dismiss pursuant to Rule 12(b)(6). Lead Plaintiff is entitled to amend as a matter of right within twenty-one (21) days after a responsive pleading is filed pursuant to Rule 12(b). *See* Fed. R. Civ. P. 15(a); *Vanguard Outdoor LLC v. City of Los Angeles*, 648 F.3d 737, 748 (9th Cir. 2011). If Defendants file a motion to dismiss on August 20, 2018, Lead Plaintiff could then file an amended complaint on

September 10, 2018. Thus, requiring Defendants to respond to the Initial Complaint and then Lead Plaintiff filing an amended complaint thereafter would not materially advance the progress of this case, conserve judicial or the Parties' resources, or avoid duplicative litigation.

b. The Amended Complaint will be due on September 10, 2018 if Defendants file a motion to dismiss on August 20, 2018. The Rosh Hashanah holiday begins the evening of September 9, 2018 and ends the evening of September 11, 2018. Both I and my staff assigned to this case celebrate Rosh Hashanah. Thus, good cause exists to extend the time to file the Amended Complaint until September 14, 2018, after the holiday has concluded.

c. Additional time is required for Lead Counsel to complete their ongoing investigation of Allegiant Travel Company and the other Defendants. The order appointing Lead Plaintiff was entered on July 17, 2018. This Action involves allegedly fraudulent conduct spanning nearly three years, from June 8, 2015 through April 13, 2018. Because Lead Plaintiff's Securities Exchange Act of 1934 claims are subject to the heightened pleading requirements of the PSLRA, *Applestein v. Medivation, Inc.*, 561 F. App'x 598, 600 (9th Cir. 2014), the investigation requires further examination of witnesses, further analysis of SEC filings, conference calls and news reports, and obtaining documents from federal agencies through information requests.

d. The setting of the response date and briefing schedule on Defendants' anticipated Motion(s) to Dismiss in advance of the filing of the Amended Complaint provides the Parties with visibility on scheduling and will allow the Parties to allocate staff and resources in advance. It will likely obviate the need for any further adjustment of the schedule.

e. Based on my experience, it is commonplace for lead plaintiffs in securities class actions to be given an extended period of time to file an amended complaint after

their appointment. This Court granted a lead plaintiff in *In Re Hansen Natural Corp. Sec. Litig.*, No. 06-CV-7599-JFW (PLAx) sixty (60) days to file a consolidated complaint from the date of the lead plaintiff appointment order, which is more time than Lead Plaintiff is requesting here. Attached hereto as Exhibit 1 is a true and correct copy of the Lead Plaintiff Order in *In Re Hansen Natural Corp. Sec. Litig*. Courts in this District regularly grant schedules affording the parties more time to file an amended complaint and responsive pleadings than the schedule proposed here by the Parties. *See, e.g.*, *Desta v. Wins Finance Holdings Inc.*, No. 2:17-cv-02983-CAS-AGR (C.D. Cal. Jun. 29, 2017) (Dkt. No. 24) (sixty (60) days for amended complaint, sixty (60) days for motion to dismiss, sixty (60) days to file opposition, thirty (30) days to file reply), attached hereto as Exhibit 2; *Turocy v. El Pollo Loco Holdings, Inc.*, No. 8:15-CV-01343-DOC-KES (C.D. Cal. Sept. 17, 2015) (Dkt. No. 13) (same), attached hereto as Exhibit 3. The schedule proposed here is consistent with those approved by this Court and others in this District and will provide the Parties more sufficient time to address the complex factual and legal complexities this case presents.

5. Before Lead Plaintiff was appointed by the Court and before Defendants had been served, Plaintiff Checkman and Defendants submitted a Joint Stipulation Extending the Time to Respond to the Complaint, which was denied by the Court on May 23, 2018 for "NO SHOWING OF GOOD CAUSE." The Parties respectfully submit that the foregoing provides the Court an explanation of "good cause" that was previously found to be lacking.

I declare under penalty of perjury that the foregoing to true and correct.

Executed this 15th day of August, 2018 at Los Angeles, California.

/s/Laurence M. Rosen
Laurence M. Rosen, Esq.

5
JOINT STIPULATION SETTING SCHEDULE FOR FILING OF AMENDED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS; DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF GOOD CAUSE THEREOF

## ATTESTATION OF COUNSEL

1. I, Laurence M. Rosen, pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, hereby attest that Daniel J. Tyukody counsel for Defendants, has authorized the filing of this document.

/s/Laurence M. Rosen
Laurence M. Rosen, Esq.

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 15, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 15, 2018.

/s/ Laurence M. Rosen
Laurence M. Rosen