# EXHIBIT 2

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | DANIEL MURPHY (SBN 141006)<br>dmurphy@loeb.com<br>JENNIFER JASON (SBN 274142)<br>jjason@loeb.com<br>LOEB & LOEB LLP<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Telephone: 310.282.2000<br>Facsimile: 310.282.2200<br><br>Attorneys for Defendant<br>WINS FINANCE HOLDINGS INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHEL DESTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>    v.<br><br>WINS FINANCE HOLDINGS INC.; JIANMING HAO; RENHUI MU; PELING (AMY) HE; and JUNFENG ZHAO,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:17-cv-02983-CAS-AGR<br><br>Assigned to Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING SCHEDULE FOR (1) FILING OF AN AMENDED COMPLAINT; AND (2) BRIEFING ON MOTION TO DISMISS** |

The Court having considered the Parties' concurrently filed stipulation for setting a schedule for (1) the filing of an amended complaint, and (2) briefing on a motion to dismiss, and good cause appearing therefor

**IT IS HEREBY ORDERED** that:

1. Defendant Wins need not answer, move or otherwise respond to any complaint in this action until the date set below following the appointment of Lead Plaintiff(s) in this action, and the Lead Plaintiff(s)' filing of an amended complaint;

/ / /

/ / /

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

13550335.1226231-10004

ORDER GRANTING STIPULATION RE SETTING
SCHEDULE FOR FILING OF AMENDED COMPLAINT
AND BRIEFING ON MOTION TO DISMISS

2. Lead Plaintiff will file an amended complaint within sixty (60) days after the Court appoints Lead Plaintiff(s) and approves Lead Plaintiff(s)' selection of counsel;

3. Unless otherwise agreed by the Parties or ordered by the Court, Defendant Wins will answer, move to dismiss or otherwise respond to the amended complaint within sixty (60) days from Lead Plaintiff(s)' filing of the amended complaint. If Defendant Wins moves to dismiss the amended complaint, Lead Plaintiff(s) shall have sixty (60) days to file opposition to any such motion, and Defendant Wins shall have thirty (30) days to file reply in further support of its motion to dismiss;

Dated: June 29, 2017

*/s/ Christina A. Snyder*
Hon. Christina A. Snyder
United States District Court for the
Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13550335.1226231-10004

2   ORDER GRANTING STIPULATION RE SETTING
SCHEDULE FOR FILING OF AMENDED COMPLAINT
AND BRIEFING ON MOTION TO DISMISS