JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHECKMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALLEGIANT TRAVEL COMPANY, MAURICE J. GALLAGHER, JR., and SCOTT SHELDON,<br><br>　　Defendants. | Case No: 2:18-cv-03417-JFW-AS<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE DISTRICT OF NEVADA** |

　　The Court, having reviewed and considered the stipulated transfer of this action, does hereby order that this action be transferred from the United States District Court for the Central District of California to the United States District Court for the District of Nevada for the convenience of all parties and witnesses, and in the interests of justice, pursuant to 28 U.S.C. § 1404(a).  Each party shall bear its own costs and fees, including attorneys' fees, relating to the transfer.  The Court further orders the Clerk for the United States District Court for the Central District of California to forward all filings in this action to the Clerk for the United States District Court for the District of Nevada.

　　**IT IS SO ORDERED.**

DATED: September 11, 2018

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE